UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

KEVIN A. DAHL,                                        JUDGMENT

        Debtor.

***

VOYAGER BANK, A MINNESOTA
BANKING CORPORATION,

        Plaintiff,                                BKY 09-32106

v.                                                          ADV 09-3196

KEVIN A. DAHL,

        Defendant.

***

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

       1.     The indebtedness owed by Defendant Kevin A. Dahl to Plaintiff Voyager Bank in the sum of $259,357.61 is excepted from the Defendant's discharge in BKY 09-32106 by operation of 11 U.S.C. § 523(a)(2)(B).

       2.     Plaintiff Voyager Bank is entitled to limited relief from the automatic stay to pursue post-judgment discovery in the Minnesota District Court action, which shall include Voyager Bank's ability to issue post-judgment discovery to the Debtor in the form of a deposition, interrogatories, request for production of documents, and request for admissions; to seek the entry of an order to compel discovery by the State District Court, if necessary; to seek the issuance of an order to show cause by the State District Court, if necessary; and to seek the issuance of a bench warrant from the State District Court, if necessary.

Dated: January 19, 2010                                Lori Vosejpka
At:     St. Paul, Minnesota.                            Clerk of Bankruptcy Court

                                                                              By \e\ *Judy Brooks*
                                                                              Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **01/19/2010**
Lori Vosejpka, Clerk, By jrb, Deputy Clerk