UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

KEVIN A. DAHL,                                                          JUDGMENT

       Debtor.

***

NAUNI MANTY, TRUSTEE OF THE
BANKRUPTCY ESTATE OF
KEVIN A. DAHL,

       Plaintiff,                                                      BKY 09-32106

v.                                                                      ADV 10-3013

KEVIN A. DAHL,

       Defendant.

***

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Defendant Kevin A. Dahl is denied a discharge in BKY 09-32106 by operation of 11 U.S.C. §§ 727(a)(6)(A) and 727(a)(6)(C).

Dated: March 17, 2010                                               Lori Vosejpka
At:    St. Paul, Minnesota.                                    Clerk of Bankruptcy Court

                                                                                          By \e\ *Judy Brooks*
                                                                                          Deputy Clerk

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on *03/17/2010*
> Lori Vosejpka, Clerk, By JRB, Deputy Clerk